UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT W. KAYS,<br><br>                Plaintiff,<br><br>  v.<br><br>CAROLYN W. CAROLYN, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. C14-913-TSZ<br><br>**ORDER REVERSING THE COMMISSIONER AND REMANDING FOR FURTHER PROCEEDINGS** |

Having considered the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 16, to which no objection was timely filed, the Court finds and **ORDERS**:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Commissioner's final decision is REVERSED and the case is REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

(3) The Clerk shall provide a copy of this Order to the parties and Judge Tsuchida.

DATED this 10th day of December, 2014.

*/s/ Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge